IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JONATHAN ALEXANDER HARGETT,        )
                                   )
            Plaintiff,             )
                                   )
    v.                             )
                                   )    1:23-cv-648
AMY COLLINS, Jail                  )
Administrator, DANIEL              )
HEADRIX, Jail Administrator,       )
NORMA BLACKSHEAR, Day              )
Supervisor, and WAYNE              )
BRATCHER, Facility Supervisor,     )
                                   )
            Defendants.            )

### ORDER

On August 21, 2023 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 16th day of October, 2023.

_____
United States District Judge